IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KANSAS, STATE OF,** *ex rel.* **DEPARTMENT OF AGRICULTURE,**<br><br>Plaintiff,<br><br>v.<br><br>**UNLEASHED PET RESCUE & ADOPTION, INC.,**<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>**STATE OF KANSAS** *ex rel.* **JUSTIN SMITH, DVM, ANIMAL HEALTH COMMISSIONER,** *et al.*,<br>Third-Party Defendants. | Case No. 24-CV-02152-JAR-TJJ |

### THIRD-PARTY DEFENDANTS' RESPONSE TO THIRD-PARTY PLAINTIFF UNLEASHED'S MOTION TO REMAND

Third-Party Defendants State of Kansas *ex rel.* Justin Smith, DVM, Kansas Department of Agriculture, Division of Animal Health, Dr. Justin Smith, Animal Health Commissioner, Dr. Sasha S. Thomason, DVM, Animal Facilities Inspection Program Director, Nichole Constanzo, Animal Facilities Inspection Program Counsel, Savannah Brethauer, Animal Facilities Inspection Program Investigator, Benjamin C. Lancaster, Commissioner's Authorized Representative Inspector, Sara J. Wasee, Commissioner's Authorized Representative Inspector, and Christopher A. Demel, Commissioner's

Authorized Representative Inspector ("the State Defendants") provide the following response to Third-Party Plaintiff Unleashed Pet Rescue and Adoption, Inc.'s Motion to Remand to State Court (Doc. 12). Although the State Defendants dispute many of the factual allegations contained in the Motion to Remand, the State Defendants do not oppose Third-Party Plaintiff's Motion to Remand to the Tenth Judicial District of Kansas.

        Respectfully submitted,

        KRIS W. KOBACH
        Attorney General of Kansas

        */s/Shon D. Qualseth*
        Shon D. Qualseth, KS Sup. Ct. No. 18369
        First Asst. Attorney General/Sr. Trial Counsel
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Tel: (785) 368-8424
        Fax: (785) 291-3767
        Email: shon.qualseth@ag.ks.gov
        *Attorney for Third-Party Defendants State of Kansas, Smith, Thomason, Costanzo, Brethauer, Lancaster, Wasee, and Demel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of June, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

        s/*Shon D. Qualseth*
        Shon D. Qualseth

2